WALTER EDWARDS *v.* CLAYTON SIZER ET AL.
(6069)

DUPONT, C. J., SPALLONE and O'CONNELL, Js.

Submitted on briefs May 3—decision released May 18, 1988

*Gilbert Shasha* filed a brief for the appellant (plaintiff).

*Hyman Wilensky* and *Myron Bell* filed a brief for the appellees (defendants).

PER CURIAM. Our review of the record in this case fails to substantiate the plaintiff's averment of error.

There is no error.